[Cite as *In re Killoran*, 2024-Ohio-710.]

## IN THE COURT OF CLAIMS OF OHIO

| | |
|---|---|
| IN RE: MELISSA KILLORAN | Case No. 2023-00689VI |
| MELISSA KILLORAN | Judge Lisa L. Sadler |
| Applicant | <u>ORDER</u> |

{¶1} On January 25, 2024, a hearing was held in this matter before a Magistrate of this Court. On February 6, 2024, the Magistrate issued a Decision wherein she found that Applicant had proven by a preponderance of the evidence that the civil protection order she obtained complied with the physical separation requirements found in R.C. 2743.51(F)(5)(b). Accordingly, the Magistrate recommended that the Final Decision of the Attorney General be reversed and that the claim be remanded to the Attorney General for economic loss calculations.

{¶2} Civ.R. 53(D)(3)(b)(i) states, in part: "A party may file written objections to a magistrate's decision within fourteen days of the filing of the decision, whether or not the court has adopted the decision during that fourteen-day period as permitted by Civ.R. 53(D)(4)(e)(i)." No objections were filed.

{¶3} Upon review of the claim file, and the Magistrate's Decision, it is the Court's finding that the Magistrate was correct in her analysis of the issues and application of the law. Accordingly, this Court adopts the Magistrate's Decision and recommendation as its own.

IT IS HEREBY ORDERED THAT

{¶4} The February 6, 2024 Decision of the Magistrate is ADOPTED;

{¶5} This claim is REMANDED and judgment entered for Applicant;

{¶6} Costs assumed by the reparations fund.

_____
LISA L. SADLER
Judge

Filed 2/21/24
Sent to S.C. Reporter 2/27/24